# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2929

_____

Ruth Richter

*Plaintiff - Appellant*

v.

Sprint/VMUSA

*Defendant - Appellee*

_____

Appeals from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: November 21, 2019
Filed: November 26, 2019
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Ruth Richter appeals after the district court[1] dismissed her pro se complaint. Upon careful review of the record and Richter's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.